| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:CR-00-308-03 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Eric J. CURRIER<br>1580 Rockcliff Drive<br>Martinsburg, WV 25401 | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Sylvia H. Rambo | |
| | DATES OF SUPERVISED RELEASE — FROM 10/7/05 | TO 5/20/08 |

OFFENSE

Conspiracy to Commit Interstate Transportation of Stolen Property 18 USC § 371

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   PENNSYLVANIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of West Virginia__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Dec. 5, 2005                    /s/ Sylvia H. Rambo
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF   WEST VIRGINIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
HARRISBURG, PA
FEB 21 2006
MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

31 January 2006                    W. Craig Broadwater
Effective Date                     United States District Judge