Clerk, U.S. District Court
P.O. Box 983
Harrisburg, PA 17108



February 21, 2006

U.S. District Court, ND of West Virginia
Wally Edgell, Clerk
217 West King Street, Room 102
Martinsburg, West Virginia 25401

Re: USA v. Eric J. Currier        *3:06 CR 10*
1:00-cr-308-03 (MD of PA)

Dear Clerk:

Pursuant to the enclosed transfer of supervision jurisdiction order, enclosed are certified
copies of indictment, judgment and commitment, plea agreement, and  docket
sheet.

Please acknowledge receipt of this mailing by signing and returning the enclosed copy
of this letter.

Sincerely,

Mary E. D'Andrea, Clerk

Pamela Warner
Deputy Clerk

FILED

MAR 0 7 2006

PER _____
HARRISBURG, PA.        DEPUTY CLERK

Received by:_____ *Nancy J. Zimbul* _____
Date Received:_____ *2-24-06* _____